James S. Link (SBN 94280)
Counselor and Advocate at Law
215 N. Marengo, 3rd Floor
Pasadena, CA 91101
(626) 793-9570
(626) 628-1925(fax)
james.s.link@att.net

Attorney for Defendant The Lankershim Plaza Shopping Center, a California general partnership

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, an individual, | Case No.: 2:20-cv-05425-DMG-DFM |
|---|---|
| Plaintiff, | **Stipulation To Extend Time For Defendant The Lankershim Plaza Shopping Center, a California general partnership To File Response To Complaint By Not More Than 30 Days (L.R. 8-3)** |
| v. | |
| THE LANKERSHIM PLAZA SHOPPING CENTER, A CALIFORNIA GENERAL PARTNERSHIP, a general partnership; and DOES 1-10, inclusive, | |
| | Complaint served: 6/30/2020 |
| | Current response date: 7/21/2020 |
| Defendants. | New response date:  8/20/2020 |

   IT IS HEREBY STIPULATED between Plaintiff Anthony Bouyer and Defendant The Lankershim Plaza Shopping Center, a California general partnership by and through their undersigned attorneys, that the time for Defendant to respond to Plaintiff's Complaint is extended to August 20, 2020.

Date:  July 21, 2020      Manning Law

/s/ Joseph R. Manning, Jr.
Joseph R. Manning, Jr.
Attorney for Plaintiff Anthony Bouyer

1  Date: July 21, 2020                James S. Link
2                                     Counselor and Advocate at Law
3                                     /s/James S. Link
4                                     James S. Link
                                      Attorneys for Defendant The Lankershim
5                                     Plaza Shopping Center, a California general
6                                     partnership
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Date: July 21, 2020

James S. Link
Counselor and Advocate at Law

/s/James S. Link
James S. Link
Attorneys for Defendant The Lankershim Plaza Shopping Center, a California general partnership

3

**Stipulation To Extend Time For Defendant The Lankershim Plaza Shopping Center, a California general partnership To File Response To Complaint By Not More Than 30 Days (L.R. 8-3)**