UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>THE LANKERSHIM PLAZA SHOPPING CENTER, a California general partnership; and DOES 1-10, inclusive,<br><br>     Defendant. | Case No. CV 20-5425-DMG (DFMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [35]** |

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and The Lankershim Plaza Shopping Center ("Defendant"), the Court hereby dismisses, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  September 26, 2022    _____
                               DOLLY M. GEE
                               UNITED STATES DISTRICT JUDGE